UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL W. JENKINS,

                Plaintiff,

-against-

BRYAN WALLS, HSA Otisville FCI; ALFONSO LINLEY, Acct CD/DR Otisville FCI; JAYNE VANDER HEY-WRIGHT, PA Otisville FCI; J. PETTRUCCI, Warden Otisville FCI; DEES, AHSA, Otisville FCI; LEMASTER, Asst. Warden, Otisville FCI; MALDANADO, Asst. Warden – Ret., Otisville FCI; VAN BLANKENSEE, Warden – Transfer, Tucson FCI,

                Defendants.

20-CV-1224 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued July 7, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 7, 2020
           New York, New York

                                              *Louis L. Stanton*
                                              LOUIS L. STANTON
                                                   U.S.D.J.